UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

K/S MARIA J.,

                Plaintiff,        09 Civ. 952 (JGK)

    - against -             ORDER

AUGUSTA DUE SRL,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **June 25, 2009 at 4:30 p.m.**

SO ORDERED.

Dated:    New York, New York
           May 28, 2009

_____
John G. Koeltl
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/09